UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
May 8, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
               DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-06-0174 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JENNIFER LYNN BORSHEIM, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JENNIFER LYNN BORSHEIM__, Case No. __CR S-06-0174 GEB__, Charge __18 USC § 371__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ✔ Release on Personal Recognizance

- __ Bail Posted in the Sum of $__

    - __ Unsecured Appearance Bond

    - __ Appearance Bond with 10% Deposit

    - __ Appearance Bond with Surety

    - __ Corporate Surety Bail Bond

- ✔ (Other) __third party custody of The Effort, Inc., conditions, and pretrial supervision. USM to release defendant to the custody of PTS, Tuesday morning at 9:00 a.m. USM to dress out defendant.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 8, 2006__ at __4:10 p.m.__

By __GREGORY G. HOLLOWS__
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal