```
DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JENNIFER BORSHEIM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JENNIFER BORSHEIM<br>          Defendant.<br>_____ | No. 06-174 GEB<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  JULY 7, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHELLE RODRIGUEZ, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant JENNIFER BORSHEIM, that the status conference scheduled for June 2, 2006, be vacated and the matter be continued to this Court's criminal calendar on July 7, 2006, at 9:0 a.m, for possible change of plea.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 7, 2006 date, and that Ms. Rodriguez has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: June 1, 2006            /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for Defendant
                               Jennifer Borsheim

Dated: June 1, 2006            /S/ Michelle Rodriguez
                               Michelle Rodriguez
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 2, 2006

                               /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge