PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number: 2:06CR00174-02** |
| ) | |
| **Jennifer Lynn Borsheim**  ) | |
| ) | |

On October 20, 2006, the above-named was placed on Supervised Release for a period of five years.  Jennifer Borsheim has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Glenn P. Simon

**GLENN P. SIMON
Senior United States Probation Officer**

Dated:   August 12, 2011
         Sacramento, California
         GPS:jc

**REVIEWED BY:**   /s/ Michael A. Sipe
         **MICHAEL A. SIPE
         Supervising United States Probation Officer**

**Re:   Jennifer Lynn BORSHEIM**
      **Docket Number:   2:06CR00174-02**
      **ORDER TERMINATING SUPERVISED**
      **RELEASE PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  August 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge


GPS:jc
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG